# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| DEBRA AUSTIN, TAMMY BAKER, CHRISTIANE MILLER, and SUZANNE WILEY, on behalf of themselves and all others similarly situated,<br><br>        Plaintiffs,<br><br>v.<br><br>GRAND CANYON UNIVERSITY, INC., and GRAND CANYON EDUCATION, INC.,<br><br>        Defendants. | CIVIL ACTION FILE<br><br>NO. 1:19-cv-3734-SCJ |

## J U D G M E N T

This action having come before the Court, Honorable Steve C. Jones, United States District Judge, for consideration of Defendants' Motion to Dismiss, and the Court having granted said Motion, it is

**Ordered and Adjudged** that Plaintiffs' Amended Complaint is **DISMISSED**.

Dated at Atlanta, Georgia, this 11th day of May, 2020.

                                                  JAMES N. HATTEN
                                                  CLERK OF COURT

                                          By:  *s/R. Spratt*
                                                     Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
  May 11, 2020
James N. Hatten
Clerk of Court

By: *s/R. Spratt*
Deputy Clerk